IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PHILLIP D. BARNETT, JR.,
ADC #131238                                                                                                  PLAINTIFF

V.                              CASE NO. 4:19-CV-717-JM-BD

FAULKNER COUNTY
DETENTION CENTER, *et al.*                                                                        DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. Mr. Barnett has not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Barnett's claims against the Faulkner County Detention Center are DISMISSED, with prejudice. The Clerk is instructed to terminate the Detention Center as a party Defendant.

IT IS SO ORDERED, this 26th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE