IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PHILLIP D. BARNETT, JR.,**
**ADC #131238**                                                                                                    **PLAINTIFF**

V.                                        CASE NO. 4:19-CV-717-JM-BD

**FAULKNER COUNTY**
**DETENTION CENTER**, *et al*.                                                                     **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.    Procedure for Filing Objections:**

This Recommended Disposition (Recommendation) has been sent to Judge James M. Moody Jr. Any party may file objections to the Recommendation with the Clerk of Court if they disagree with the findings or conclusions set out in the Recommendation. To be considered, objections must be filed within 14 days. Objections should be specific and should include the factual or legal basis for the objection.

If the parties do not file objections, they risk waiving the right to appeal questions of fact. And, if no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record.

**II.    Discussion:**

Phillip D. Barnett was an inmate at the Faulkner County Detention Center when he filed this civil rights lawsuit on October 15, 2019, without the help of a lawyer. (Docket entry #2) Mail sent to Mr. Barnett from the Court was recently returned as "undeliverable," with the notation "no longer in the facility." (#26, #27) On January 9, the Court ordered Mr. Barnett to notify the Court of his new address within 30 days or

risk dismissal of his complaint. (#28) That order was returned to the Court, marked "undeliverable," on January 21. (#29) Local rules require pro se plaintiffs, including Mr. Barnett, to promptly notify the Court of any change in address so that the Court and other parties can communicate with them. Local Rule 5.5(c)(2).

### III.  Conclusion:

The Court recommends that Mr. Barnett's claims be DISMISSED, without prejudice, based on his failure to comply with the January order (#28) and his failure to prosecute this lawsuit.

DATED this 10th day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE