IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PHILLIP D. BARNETT, JR.,
ADC #131238                                                                                   PLAINTIFF

V.                           CASE NO. 4:19-CV-717-JM-BD

FAULKNER COUNTY
DETENTION CENTER, *et al.*                                                        DEFENDANTS

## **ORDER**

The Court has received a recommendation from Magistrate Judge Beth Deere that Mr. Barnett's claims be dismissed. Mr. Barnett has not filed objections. After careful review of the recommendation, the Court concludes that it should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Barnett's claims are DISMISSED, without prejudice, based on his failure to respond to the Court's January 9, 2020 order and his failure to prosecute this lawsuit.

IT IS SO ORDERED, this 27th day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE