IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PHILLIP D. BARNETT, JR.,
ADC #131238                                                                                    PLAINTIFF

V.                      CASE NO. 4:19-CV-717-JM-BD

FAULKNER COUNTY
DETENTION CENTER, *et al*.                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 27th day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE